Jonathan A. Stieglitz, Esq.
(SBN 278028)
jonathan.a.stieglitz@gmail.com
THE LAW OFFICES OF
JONATHAN A. STIEGLITZ
11845 W. Olympic Blvd., Suite 800
Los Angeles, California 90064
Telephone:   (323) 979-2063
Facsimile:    (323) 488-6748

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mathew Manarino,<br><br>Against<br><br><br>Equifax Information Services, LLC<br>Bank of America, N.A., | Case No.: 2:22-cv-2110<br><br>**NOTICE OF SETTLEMENT AS TO EQUIFAX INFORMATION SERVICES, LLC** |

Notice is hereby given that the Plaintiff, Mathew Manarino, by and through his attorneys, The Law Offices of Jonathan A. Stieglitz, and the Defendant, Equifax Information Services, LLC, have settled this matter. The parties anticipate completing settlement documents and filing a dismissal with the Court within the next sixty (60) days. The parties request that the Court retain jurisdiction of these parties during said sixty (60) day period.

|     |                        |                                              |
| --- | ---------------------- | -------------------------------------------- |
| 1   |                        |                                              |
| 2   |                        | Respectfully Submitted,                      |
| 3   |                        |                                              |
| 4   | DATED: May 2, 2022     | THE LAW OFFICES OF JONATHAN A. STIEGLITZ     |

Respectfully Submitted,

DATED: May 2, 2022        THE LAW OFFICES OF JONATHAN A. STIEGLITZ

By:   */s/Jonathan A. Stieglitz*
      Jonathan A. Stieglitz
      Attorneys for Plaintiff

## Certificate of Service

I hereby certify that on this date, I electronically filed this Notice of Settlement using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.


*/s/ Jonathan A. Stieglitz*
Jonathan A. Stieglitz, Esq.