# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| Mathew Manarino,<br><br>Against<br><br>Equifax Information Services, LLC<br>Bank of America, N.A., | Case No.: 2:22-cv-2110<br><br>**The Hon. Judge Percy Anderson**<br><br>**ORDER FOR CASE DISMISSAL WITH PREJUDICE AS TO BANK OF AMERICA, N.A.**<br><br>Complaint Filed: 03/30/2022 |

THE COURT having reviewed the Parties' Proposed Stipulation for Dismissal with Prejudice, and being fully advised in the premises, DOES HEREBY ORDER, that Bank of America, N.A. is dismissed with prejudice with each party to bear their respective costs and fees

BY THE COURT:

IT IS SO ORDERED

Dated __February 21, 2023__

_____
United States District Judge